

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2018

No. 04-18-00847-CV

**IN THE ESTATE OF RICHARD WAYNE BENDELE, DECEASED**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000423
Honorable James L. Rex, Judge Presiding

# O R D E R

The court reporter has filed a notice of late record stating appellant has not paid or arranged to pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(3) (providing the court reporter is not required to file a reporter's record unless "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.").

We order appellant to provide written proof to this court by **December 31, 2018** that (1) the reporter's record has been properly requested, and (2) either paid or arranged to pay the reporter's fee or is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 20.1, 34.6(b)(1), 35.3(b). If appellant fails to provide such proof by the date ordered, appellant's brief will be due by **January 30, 2019**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court